ACCEPTED
01-14-953-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 4:53:13 PM
CHRISTOPHER PRINI
CLERK

## NO. 01-14-00953-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 4:53:13 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON**

Bobbie Tremain vs. Jay Oates

**On Notice of Appeal by Bobbie Tremain, Appellant
Cause No. 2014-06315 from the 333rd Judicial District Court of Harris County, Texas
The Honorable Judge Joseph J. Halbach Jr. Presiding**

## NOTICE OF ATTORNEY APPEARANCE FOR JAY OATES, APPELLEE

**THE LEWIS LAW FIRM**

Clint W. Lewis
TBA No. 12275250
8445 Gladys Ave.
Beaumont, Texas 77706
(409) 899-5600 - telephone
(409) 899-5682 - facsimile
E-mail: lewislawyers@aol.com

ATTORNEY FOR DEFENDANT
JAY OATES

NO. 01-14-00953-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

Bobbie Tremain vs. Jay Oates

On Notice of Appeal by Bobbie Tremain, Appellant
Cause No. 2014-06315 from the 333rd Judicial District Court of Harris County, Texas
The Honorable Judge Joseph J. Halbach Jr. Presiding

NOTICE OF ATTORNEY APPEARANCE FOR JAY OATES, APPELLEE

THE LEWIS LAW FIRM

Clint W. Lewis
TBA No. 12275250
8445 Gladys Ave.
Beaumont, Texas 77706
(409) 899-5600 - telephone
(409) 899-5682 - facsimile
E-mail: lewislawyers@aol.com

ATTORNEY FOR DEFENDANT
JAY OATES

## NOTICE OF ATTORNEY APPEARANCE FOR JAY OATES, APPELLEE

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Appellee/Defendant, Jay Oates, and files this Notice of Attorney Appearance indicating that Clint W. Lewis is a counsel of record in connection with this appellate action.

Respectfully submitted,

**THE LEWIS LAW FIRM**
8445 Gladys Ave.
Beaumont, Texas 77706
(409) 899-5600 telephone
(409) 899-5682 facsimile

By: _____
Clint W. Lewis
TBA No. 12275250
E-mail: lewislawyers@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered in compliance with Tex. R. Civ. P. 21 & 21a, via certified mail, return receipt requested, and/or by facsimile to attorney for Plaintiff/Appellant, S. Scott West, The West Law Firm, 1600 Hwy 6, Ste 450, Sugar Land, Texas 77478, and attorney for Defendant, Nadia Vredevelt, Law Office of David Black, 1221 Lamar, Ste 900, Houston, Texas 77010, on this the 23rd day of January, 2015.

_____
Clint W. Lewis